UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No. 15-mc-80028-JD |
|---|---|
| Suzanne Foley Sprague #213078 | **ORDER OF SUSPENSION** |

Because Suzanne Foley Sprague has failed to respond to the Order to Show Cause, Ms. Sprague's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  March 10, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Suzanne Foley Sprague #213078 | Case No.  15-mc-80028-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 3/10/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Suzanne Foley Sprague
940 Adams Street
Suite A
Benicia, CA 94510

Dated: 3/10/2015

Richard W. Wieking
Clerk, United States District Court

By: /s/ Lisa R. Clark
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato